

FILED
2021 Mar-15  PM 02:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit "3"

ELECTRONICALLY FILED
1/13/2021 11:27 AM
63-CV-2021-900028.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case:<br>63 <br>Date of Filing:<br>01/13/2021 | Judge Code: |
| --- | --- | --- | --- |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### JEFFERSON LOFT, LLC v. CONSTRUCTION ENTERPRISES, INC. ET AL

**First Plaintiff:** ☑ Business  ☐ Individual    **First Defendant:** ☑ Business  ☐ Individual
  ☐ Government  ☐ Other      ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>  Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>  Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING       A ☐ APPEAL FROM<br>         DISTRICT COURT       O ☐ OTHER

     R ☐ REMANDED        T ☐ TRANSFERRED FROM<br>             OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   **Note:** Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**    ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

| LEA019 | 1/13/2021 11:27:51 AM | /s/ JOESPH DENNIS LEAVENS |
| --- | --- | --- |
| | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:**    ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**   ☐ YES ☐ NO

ELECTRONICALLY FILED
1/13/2021 11:27 AM
63-CV-2021-900028.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC,                              )
                                                  )
      Plaintiff,                          )
                                                  )
v.                                                )
                                                  )   Case No. CV 2020-_____
CONSTRUCTION ENTERPRISES, INC. and                )
PHOENIX FRAMING, LLC,                             )
                                                  )
      Defendants.                         )

## COMPLAINT

Plaintiff Jefferson Loft LLC ("Jefferson Loft") submits this Complaint for damages against Defendants Construction Enterprises, Inc. ("CEI") and Phoenix Framing, LLC ("Phoenix"). In support of this Complaint, Jefferson Loft states:

### Parties

1.     Jefferson Loft is an Delaware limited liability company with its principal place of business at c/o Mapletree US Management LLC, 5 Bryant Park, 28th Floor, New York, New York 10018.

2.     CEI is a Tennessee corporation with its principal place of business at 2179 Edward Curd Lane, Suite 100 Franklin, Tennessee 37607.

3.     Phoenix Framing, LLC is a Tennessee corporation with its principal place of business at 3326 Aspen Grove Drive, Suite 506 Franklin, Tennessee 37067.

### Jurisdiction and Venue

4.   Venue is proper in the Circuit Court of Tuscaloosa County, pursuant to Alabama Code § 6-3-7(a) because the property at issue, 1335 10th Avenue East Tuscaloosa, Alabama 35404.

5.      Venue is proper in the Circuit Court of Tuscaloosa County, pursuant to Alabama Code § 6-3-7(a) because the property at issue, 1335 10th Avenue East Tuscaloosa, Alabama 35404, is located in Tuscaloosa County.

6.      The Court has jurisdiction over this matter pursuant to Alabama Code § 12-11-30 because the amount in controversy exceeds $10,000.00 exclusive of interests and costs.

## **Factual Allegations**

7.      Jefferson Loft is the current owner of the Lofts at City Center located at 1335 10th Avenue East Tuscaloosa, Alabama 35404 ("the Lofts at City Center"). Jefferson Loft purchased the Lofts at City Center from the original owner, Tuscaloosa I, LLC in 2016 and have owned and operated it since.

8.      CEI is a commercial general contractor performing work in Alabama and across the country.

9.      Phoenix is a commercial subcontractor performing work in Alabama and across the country.

10.      In 2012, CEI entered a design-build construction contract with Tuscaloosa I, LLC to design and build the Lofts at City Center. Included in the scope of work for the design-build construction contract was the installation of a fiber cement panel cladding system on the exteriors of the Lofts at City Center.

11.      Sometime after entering the design-build contract with Tuscaloosa I, LLC, CEI entered into a subcontract with Phoenix wherein Phoenix contracted to install, or assist CEI in installing, the fiber cement panel cladding system on the exteriors of the Lofts at City Center.

2

12.     The Lofts at City Center were constructed in multiple phases.

13.     Phase I of the project obtained a Commercial Certificate of Occupancy from the City of Tuscaloosa on August 5, 2013.

14.     Phase II of the project obtained a Commercial Certificate of Occupancy from the City of Tuscaloosa on December 4, 2014.

15.     In late spring, early summer of 2020, Jefferson Loft discovered the fiber cement panel cladding system in a state of disrepair.

16.     Numerous fiber cement panels in the system exhibited visible cracks, bowing and buckling thereby exposing the cores of the panels, and other portions of the building to the elements and leading to other resulting damage to other portions of the buildings constructed by subcontractors other than Phoenix.

17.     Numerous fiber cement panel nail fasteners are loose or backing out of their panels.

18.     It has since become apparent that the nail fasteners were improperly spaced such that they failed to anchor the siding into studs, were installed using inconsistent and improper installation patterns, in contravention of industry and manufacturer standards and specifications, and in some instances, were overdriven into the fiber cement panels, thereby damaging them.

19.     These errors and other construction defects have caused other damage to other portions of the Lofts at City Center.

20.     Jefferson Loft will be forced to remove multiple exterior fiber cement panels to determine the full scope of damage to other portions of the Lofts at City Center, including the

underlying sheathing, weather barrier, and framing. Jefferson Loft also expects to need to remove and replace significant amounts of these other items to restore the structural integrity of the buildings and prevent continued and future damage.

22.     Jefferson Loft will be forced to replace multiple exterior fiber cement panels and paint the same in order to restore the fiber cement panel cladding system to its intended function and appearance.

22.     Jefferson Loft must remove multiple windows and the trim and casing surrounding each to determine the scope of other property damage and to repair and replace those damaged items to restore their function and integrity and prevent future damage.

23.     Jefferson Loft has been damaged by the improper installation of the fiber cement panel cladding system and the property damage resulting therefrom to other portions of the Lofts at City Center in the form of: decreased value of the Lofts at City Center in their current damaged condition; costs incurred, and to be incurred, to prepare for and repair the aforementioned damage and restore the exterior of the buildings to their original condition; costs incurred and to be incurred in hiring consultants, experts and counsel to assist in preparing a remedial strategy and recovering the costs thereof.

## COUNT I – BREACH OF CONTRACT
### (CEI)

24.     Jefferson Loft adopts and incorporates its allegations from the preceding paragraphs as though fully restated herein.

25.     CEI and Tuscaloosa I, LLC entered a design-build contract pursuant to which CEI agreed to design and build the Lofts at City Center for Tuscaloosa I, LLC in exchange for a price.

4

26.     Tuscaloosa I, LLC performed its contractual obligations under the design-build contract and paid CEI in full for work performed pursuant to that contract.

27.     Tuscaloosa I, LLC was the owner of the Lofts at City Center prior to, during, and immediately following construction and completion of the Lofts at City Center. In 2016, Jefferson Loft purchased the Lofts at City Center, along with all rights previously held by Tuscaloosa I, LLC, both contractually and at law.

28.     CEI breached its obligations under the contract by failing to properly install, or failing to ensure that its subcontractors properly installed, the fiber cement panel cladding system on the exterior of the Lofts at City Center.

29.     CEI's breach has caused Jefferson Loft to suffer damage, which will continue into the future until the aforementioned repairs are made.

30.     At the time CEI and Tuscaloosa I, LLC contracted, the damages Jefferson Loft has suffered were within the reasonable contemplation of the parties and were reasonably foreseeable in the event of improper installation of the exterior siding.

WHEREFORE, Jefferson Loft requests the Court enter an Order granting relief in the form of all monetary damages necessary to fully repair the damage to the fiber cement panel cladding system as well as all monetary damages necessary to fully repair all property damage resulting from the defects in construction and installation of the fiber cement panel cladding system.

## <u>COUNT II – NEGLIGENCE</u>
### (CEI and PHOENIX)

31.     Jefferson Loft adopts and incorporates its allegations from the preceding

9632095.6

paragraphs as though fully restated herein.

32.     Between 2012 and 2014, CEI and Phoenix performed construction work, including, but not limited to, installation of the fiber cement panel cladding system on the exteriors of the Lofts at City Center.

33.     CEI and Phoenix owed a duty to Tuscaloosa I, LLC, and in turn to Jefferson Loft, to perform the work in a good, workmanlike manner and with reasonable care such that the fiber cement panel cladding system was installed properly and without defect. CEI and Phoenix owed this duty not only to ensure both the functional and aesthetic integrity of the fiber cement panel cladding system but also the structural and aesthetic integrity of the other portions of the Lofts at City Center.

34.     CEI and Phoenix intended their work to benefit Tuscaloosa I, LLC, and in turn, Jefferson Loft, and were compensated for performing their work for the benefit of Tuscaloosa I, LLC and in turn, Jefferson Loft.

35.     It was at all times reasonably foreseeable that improper installation of the fiber cement panel cladding system could cause problems to the exteriors of the Lofts at City Center and/or cause property damage to other portions of the buildings.

36.     The damage to the fiber cement panel cladding system is directly attributable to the conduct, or lack thereof, of CEI and Phoenix.

37.     CEI and Phoenix breached the duty owed by, among other things:

    a.   Improperly spacing the nail fasteners when driving them into the fiber cement panels;

    b.   Improperly installing the nail fasteners too close or too far from the edges of the fiber cement panels such that the fasteners caused cracking in the panels;

    c.   Overdriving nail fasteners into the fiber cement panels thereby exposing the cores of the panels to the elements;

    d.   Failing to drive nail fasteners into the wood studs behind the fiber cement panels and instead driving them into gypsum board sheathing or plywood which failed to properly anchor the fiber cement panels to the buildings

38.    The aforementioned negligence in paragraph 36 proximately caused Jefferson Loft to suffer damage, including property damage to portions of the building that were not within Phoenix's scope of work.

WHEREFORE, Jefferson Loft requests the Court enter an Order granting relief in the form of all monetary damages necessary to fully repair the damage to the fiber cement panel cladding system as well as all monetary damages necessary to fully repair all property damage resulting from the defects in construction and installation of the fiber cement panel cladding system.

## COUNT III – NUISANCE PURSUANT TO ALA. CODE § 6-5-120

### (CEI and PHOENIX)

38.    Jefferson Loft adopts and incorporates its allegations from the preceding paragraphs as though fully restated herein.

39.    Between 2012 and 2014, CEI and Phoenix performed construction work, including, but not limited to, installation of the fiber cement panel cladding system on the exteriors of the Lofts at City Center.

9632095.6

40.     CEI and Phoenix owed a duty to Tuscaloosa I, LLC, and in turn to Jefferson Loft, to perform the work in a good, workmanlike manner and with reasonable care such that the fiber cement panel cladding system was installed properly and without defect. CEI and Phoenix owed this duty not only to ensure both the functional and aesthetic integrity of the fiber cement panel cladding system but also the structural and aesthetic integrity of the other portions of the Lofts at City Center.

41.     CEI and Phoenix breached the duty owed by, among other things:

a.  Improperly spacing the nail fasteners when driving them into the fiber cement panels;

b.  Improperly installing the nail fasteners too close or too far from the edges of the fiber cement panels such that the fasteners caused cracking in the panels;

c.  Overdriving nail fasteners into the fiber cement panels thereby exposing the cores of the panels to the elements and moisture absorption;

d.  Failing to drive nail fasteners into the wood studs behind the fiber cement panels and instead driving them into gypsum board sheathing or plywood which failed to properly anchor the fiber cement panels to the buildings.

42.     The aforementioned breaches in paragraph 41 proximately caused Jefferson Loft to suffer hurt, inconvenience and damage, including property damage to portions of the building that were not within Phoenix's scope of work.

43.     The damage suffered is of a kind what would affect an ordinary reasonable person. It is reasonable to expect fiber cement panels to be installed in a manner that does not lead to cracking, bowing, breaking or moisture absorption and resulting water damage in the fiber cement

panels. It is reasonable to expect fiber cement panels to be installed in a manner that does not lead to property damage to other portions of the building.

WHEREFORE, Jefferson Loft requests the Court enter an Order granting relief in the form of all monetary damages necessary to fully repair the damage to the fiber cement panel cladding system as well as all monetary damages necessary to fully repair all property damage resulting from the defects in construction and installation of the fiber cement panel cladding system.

Dated:  January 13, 2021.

/s/ *Joseph D Leavens*

Balch & Bingham LLP
Charles A. Burkhart
Joseph Leavens
1901 Sixth Ave North
Suite 1500
Birmingham, AL 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8739

*Attorney for Jefferson Loft LLC*

**OF COUNSEL:**
Charles A. Burkhart
Joseph D. Leavens
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

9

**Plaintiff requests service upon Defendant by certified mail restricted delivery, return receipt requested.**

<u>Defendant Address</u>

Construction Enterprises, Inc.
c/o Thomas S. Ford
196 Lime Quarry Rd, Ste 106
Madison AL 35758

Phoenix Framing, LLC
c/o CT Corporation System
2 North Jackson Street, Ste 605
Montgomery, AL 36104

9632095.6



AlaFile E-Notice

63-CV-2021-900028.00

To:   JOESPH DENNIS LEAVENS
      jleavens@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following complaint was FILED on 1/13/2021 11:27:37 AM

Notice Date:     1/13/2021 11:27:37 AM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2021-900028.00

To:  CONSTRUCTION ENTERPRISES, INC.
     C/O THOMAS S. FORD
     196 LIME QUARRY RD,STE106
     MADISON, AL, 35758

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following complaint was FILED on 1/13/2021 11:27:37 AM

Notice Date:     1/13/2021 11:27:37 AM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2021-900028.00

To: PHOENIX FRAMING, LLC
C/O CT CORPORATION SYSTEM
2 NO. JACKSON ST, STE 605
MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following complaint was FILED on 1/13/2021 11:27:37 AM

Notice Date:     1/13/2021 11:27:37 AM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2021-900028.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL**

**NOTICE TO:** CONSTRUCTION ENTERPRISES, INC., C/O THOMAS S. FORD 196 LIME QUARRY RD,STE106, MADISON, AL 35758

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOESPH DENNIS LEAVENS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 306, BIRMINGHAM, AL 35201

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JEFFERSON LOFT, LLC
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 01/13/2021 | /s/ MAGARIA HAMNER BOBO | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ JOESPH DENNIS LEAVENS

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in                                      County,

*(Name of Person Served)*                 *(Name of County)*

Alabama on

*(Date)*

*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2021-900028.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL**

**NOTICE TO:** PHOENIX FRAMING, LLC, C/O CT CORPORATION SYSTEM 2 NO. JACKSON ST, STE 605, MONTGOMERY, AL 36104

<em>(Name and Address of Defendant)</em>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOESPH DENNIS LEAVENS

<em>[Name(s) of Attorney(s)]</em>

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 306, BIRMINGHAM, AL 35201

<em>[Address(es) of Plaintiff(s) or Attorney(s)]</em>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JEFFERSON LOFT, LLC
<em>[Name(s)]</em>
pursuant to the Alabama Rules of the Civil Procedure.

| 01/13/2021 | /s/ MAGARIA HAMNER BOBO | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ JOESPH DENNIS LEAVENS
<em>(Plaintiff's/Attorney's Signature)</em>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
<em>(Date)</em>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
<em>(Name of Person Served)          (Name of County)</em>

Alabama on _____.
<em>(Date)</em>

| | | |
|---|---|---|
| | | *(Address of Server)* |
| *(Type of Process Server)* | *(Server's Signature)* | |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

*Original*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>63-CV-2021-900028.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
## JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL

NOTICE TO: PHOENIX FRAMING, LLC, C/O CT CORPORATION SYSTEM 2 NO. JACKSON ST, STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOESPH DENNIS LEAVENS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 306, BIRMINGHAM, AL 35201

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JEFFERSON LOFT, LLC pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 01/13/2021 | /s/ MAGARIA HAMNER BOBO | By: *AEL* |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ JOESPH DENNIS LEAVENS

*(P...)*

### RETURN

☐ Return receipt of certified mail received in this office

☐ I certify that I personally delivered a copy of this Sum...

_____    in...
*(Name of Person Served)*

Alabama on _____
*(Date)*

_____    _____
*(Type of Process Server)*    *(Server's Signature...)*

_____
*(Server's Printed Na...)*

**63-CV-202...**
JEFFERSON LOFT, LLC V. CONSTI...



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

| Certified Mail Fee | | |
|---|---|---|
| $ | | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | Here |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | | |
| $ | | |
| Total Postage and Fees | *12.65* | |
| $ | | |
| Sent To | | |
| Street and Apt. No., or PO Box No. | | |
| City, State, ZIP+4® | | |

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

| C001 - JEFFERSON LOFT, LLC | v. | D002 - PHOENIX FRAMING, LLC |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

### SERVICE RETURN COPY

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>**63-CV-2021-900028.00** |
|---|---|---|

*original*

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL

NOTICE TO: CONSTRUCTION ENTERPRISES, INC., C/O THOMAS S. FORD 196 LIME QUARRY RD, STE 106, MADISON, AL 35758

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JOESPH DENNIS LEAVENS

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 306, BIRMINGHAM, AL 35201

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JEFFERSON LOFT, LLC pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 01/13/2021 | /s/ MAGARIA HAMNER BOBO | By: *AEL* |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ JOESPH DENNIS LEAVENS

*(Plaint...*

**RETURN O...**

☐ Return receipt of certified mail received in this office on

☐ I certify that I personally delivered a copy of this Summ...

in

*(Name of Person Served)*

Alabama on

*(Date)*

*(Type of Process Server)*   *(Server's Signature)*

*(Server's Printed Name*

**63-CV-2021-...**
JEFFERSON LOFT, LLC V. CONSTRU...



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL   USE**

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees   *12.05*
$
Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark
Here

| C001 - JEFFERSON LOFT, LLC | v. | D001 - CONSTRUCTION ENTERPRISES, INC. |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

**SERVICE RETURN COPY**

ELECTRONICALLY FILED
1/14/2021 11:21 AM
63-CV-2021-900028.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

**STATE OF ALABAMA**          Revised 3/5/08          Cas...

Unified Judicial System

63-TUSCALOOSA          ☐ District Court   ☑ Circuit Court          CV2...

| JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL | **CIVIL MOTION COVER SHEET** *Name of Filing Party:*C001 - JEFFERSON LOFT, LLC |
|---|---|

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

JOESPH DENNIS LEAVENS

P.O. BOX 306

BIRMINGHAM, AL 35201

*Attorney Bar No.:*  LEA019

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| ☐ Local Court Costs $   0 | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☑ Other   Motion for Order Placing Case on Administrative Docket |
| | pursuant to Rule  NA          (Subject to Filing Fee) |

| Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date: 1/14/2021 11:20:21 AM | Signature of Attorney or Party /s/ JOESPH DENNIS LEAVENS |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

DOCUMENT 7

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
1/14/2021 11:21 AM
63-CV-2021-900028.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC,                          )
                                              )
      Plaintiff,                      )
                                              )
v.                                            )
                                              )     Case No. CV 2021 900028.00
CONSTRUCTION ENTERPRISES, INC. and            )
PHOENIX FRAMING, LLC,                         )
                                              )
      Defendants.                     )


## MOTION FOR ORDER PLACING CASE ON ADMINISTRATIVE DOCKET

Plaintiff Jefferson Loft, LCC ("Jefferson Loft") moves the Court for an Order placing this case on the Court's Administrative Docket. In support of this motion, Jefferson Loft states as follows:

1.      Jefferson Loft filed this case on January 13, 2021.

2.      Jefferson Loft is in the process of completing service on both defendants.

3.      Jefferson Loft has communicated with counsel for Defendant Construction Enterprise, Inc. ("CEI") about the allegations in the complaint. The two parties have already coordinated a site inspection of the property at issue.

4.      Following the site inspection, Jefferson Loft and CEI have engaged in discussions to resolve this matter without prolonged litigation.

5.      Jefferson Loft filed its complaint on January 13, 2021 in order to preserve its claims in the event the parties cannot reach a resolution.

6.      In order to avoid potentially unnecessary litigation costs and avoid unnecessary use of judicial resources, Jefferson Loft requests the Court place this matter on the Administrative Docket until such time as the Court deems it appropriate to restore it to the active docket, or on upon motion of the parties.

9643039.2

Respectfully submitted this is the 14th day of January, 2021.

/s/ *Joseph D Leavens*

Balch & Bingham LLP
Charles A. Burkhart
Joseph Leavens
1901 Sixth Ave North
Suite 1500
Birmingham, AL 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8739

*Attorney for Jefferson Loft, LLC*

**OF COUNSEL**:
Charles A. Burkhart
Joseph D. Leavens
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the AlaFile system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this the 14th day of January, 2021:

Construction Enterprises, Inc.
c/o Thomas S. Ford
196 Lime Quarry Rd, Ste. 106
Madison, AL 35758

Phoenix Framing, LLC
c/o CT Corporation System
2 North Jackson Street, Ste 605
Montgomery, AL 36104

*/s/ Joseph D. Leavens*
Of Counsel

9643039.2



AlaFile E-Notice

63-CV-2021-900028.00

Judge: M. BRADLEY ALMOND

To:  JOESPH DENNIS LEAVENS
     jleavens@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following matter was FILED on 1/14/2021 11:21:37 AM

**C001 JEFFERSON LOFT, LLC**

MOTION FOR ORDER PLACING CASE ON ADMINISTRATIVE DOCKET

[Filer: LEAVENS JOSEPH DENNIS]

Notice Date:     1/14/2021 11:21:37 AM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2021-900028.00

Judge: M. BRADLEY ALMOND

To:  CONSTRUCTION ENTERPRISES, INC. (PRO SE)
C/O THOMAS S. FORD
196 LIME QUARRY RD,STE106
MADISON, AL, 35758-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following matter was FILED on 1/14/2021 11:21:37 AM

**C001 JEFFERSON LOFT, LLC**

MOTION FOR ORDER PLACING CASE ON ADMINISTRATIVE DOCKET

[Filer: LEAVENS JOSEPH DENNIS]

Notice Date:     1/14/2021 11:21:37 AM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2021-900028.00

Judge: M. BRADLEY ALMOND

To:  PHOENIX FRAMING, LLC (PRO SE)
C/O CT CORPORATION SYSTEM
2 NO. JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following matter was FILED on 1/14/2021 11:21:37 AM

**C001 JEFFERSON LOFT, LLC**

MOTION FOR ORDER PLACING CASE ON ADMINISTRATIVE DOCKET

[Filer: LEAVENS JOSEPH DENNIS]

Notice Date:     1/14/2021 11:21:37 AM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2021-900028.00

Judge: M. BRADLEY ALMOND

To:  BURKHART CHARLES ALAN
     cburkhart@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following matter was FILED on 1/14/2021 11:21:37 AM

**C001 JEFFERSON LOFT, LLC**

MOTION FOR ORDER PLACING CASE ON ADMINISTRATIVE DOCKET

[Filer: LEAVENS JOSEPH DENNIS]

Notice Date:     1/14/2021 11:21:37 AM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

ELECTRONICALLY FILED
1/14/2021 3:59 PM
63-CV-2021-900028.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

# IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

| | |
|---|---|
| JEFFERSON LOFT, LLC, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.:    CV-2021-900028.00 |
| | ) |
| CONSTRUCTION ENTERPRISES, INC., | ) |
| PHOENIX FRAMING, LLC, | ) |
| Defendants. | ) |

## ORDER

MOTION FOR ORDER PLACING CASE ON ADMINISTRATIVE DOCKET filed by JEFFERSON LOFT, LLC is hereby GRANTED.

**DONE this 14th day of January, 2021.**

**/s/ M. BRADLEY ALMOND**
**CIRCUIT JUDGE**



AlaFile E-Notice

63-CV-2021-900028.00

Judge: M. BRADLEY ALMOND

To:  LEAVENS JOSEPH DENNIS
jleavens@balch.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

A court action was entered in the above case on 1/14/2021 3:58:50 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           MBA

Notice Date:     1/14/2021 3:58:50 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2021-900028.00

Judge: M. BRADLEY ALMOND

To:  BURKHART CHARLES ALAN
     cburkhart@balch.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

A court action was entered in the above case on 1/14/2021 3:58:50 PM

ORDER

[Filer: ]

Disposition:       GRANTED
Judge:             MBA

Notice Date:       1/14/2021 3:58:50 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2021-900028.00

Judge: M. BRADLEY ALMOND

To:  CONSTRUCTION ENTERPRISES, INC. (PRO SE)
C/O THOMAS S. FORD
196 LIME QUARRY RD,STE106
MADISON, AL, 35758-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

A court action was entered in the above case on 1/14/2021 3:58:50 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           MBA

Notice Date:     1/14/2021 3:58:50 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2021-900028.00

Judge: M. BRADLEY ALMOND

To:  PHOENIX FRAMING, LLC (PRO SE)
C/O CT CORPORATION SYSTEM
2 NO. JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

A court action was entered in the above case on 1/14/2021 3:58:50 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           MBA

Notice Date:     1/14/2021 3:58:50 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

*Summons*

03-CV-2021-900028

# SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Phoenix framing, LLC
c/o CT Corporation System
2 NO. Jackson St, Ste 605
Montgomery AL 36104



9590 9402 6140 0209 0316 73

2. Article Number (Transfer from service label)

7019 2970 0001 9888 0881

# COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)     JAN 1 5 ...

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Mail
☐ ... Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

DOCUMENT 12



USPS TRACKING #

MONTGOMERY AL 361

19 JAN 2021   PM 4

9590 9402 6140 0209 0316 73

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**



• Sender: Please print your name, address, and ZIP+4® in this box•

MAGARIA H. BOBO

714 GREENSBORO AVE., RM. 214

TUSCALOOSA  35401

DOCUMENT 12



AlaFile E-Notice

63-CV-2021-900028.00

Judge: M. BRADLEY ALMOND

To: LEAVENS JOSEPH DENNIS
jleavens@balch.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following matter was served on 1/26/2021

D002 PHOENIX FRAMING, LLC
Corresponding To
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2021-900028.00

Judge: M. BRADLEY ALMOND

To: BURKHART CHARLES ALAN
cburkhart@balch.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following matter was served on 1/26/2021

D002 PHOENIX FRAMING, LLC
Corresponding To
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

ELECTRONICALLY FILED
1/27/2021 10:55 AM
63-CV-2021-900028.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

63-CV-2021-900028.00

To:  JOESPH DENNIS LEAVENS
     jleavens@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following complaint was FILED on 1/13/2021 11:27:37 AM

Notice Date:     1/13/2021 11:27:37 AM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

ELECTRONICALLY FILED
1/13/2021 11:27 AM
63-CV-2021-900028.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>63<br><br>Date of Filing:<br>01/13/2021   Judge Code: |
| --- | --- | --- |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**

**JEFFERSON LOFT, LLC v. CONSTRUCTION ENTERPRISES, INC. ET AL**

**First Plaintiff:** ☑ Business ☐ Individual  **First Defendant:** ☑ Business ☐ Individual
☐ Government ☐ Other   ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>  Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>  Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER

R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

LEA019   1/13/2021 11:27:51 AM   /s/ JOESPH DENNIS LEAVENS
_____   Date   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO

DOCUMENT 24



ELECTRONICALLY FILED
1/13/2021 11:27 AM
63-CV-2021-900028.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

| | |
|---|---|
| JEFFERSON LOFT, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. CV 2020-_____ |
| CONSTRUCTION ENTERPRISES, INC. and | ) |
| PHOENIX FRAMING, LLC, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff Jefferson Loft LLC ("Jefferson Loft") submits this Complaint for damages against Defendants Construction Enterprises, Inc. ("CEI") and Phoenix Framing, LLC ("Phoenix"). In support of this Complaint, Jefferson Loft states:

### Parties

1.      Jefferson Loft is an Delaware limited liability company with its principal place of business at c/o Mapletree US Management LLC, 5 Bryant Park, 28th Floor, New York, New York 10018.

2.      CEI is a Tennessee corporation with its principal place of business at 2179 Edward Curd Lane, Suite 100 Franklin, Tennessee 37607.

3.      Phoenix Framing, LLC is a Tennessee corporation with its principal place of business at 3326 Aspen Grove Drive, Suite 506 Franklin, Tennessee 37067.

### Jurisdiction and Venue

4.   Venue is proper in the Circuit Court of Tuscaloosa County, pursuant to Alabama Code § 6-3-7(a) because the property at issue, 1335 10th Avenue East Tuscaloosa, Alabama 35404.

5.      Venue is proper in the Circuit Court of Tuscaloosa County, pursuant to Alabama Code § 6-3-7(a) because the property at issue, 1335 10th Avenue East Tuscaloosa, Alabama 35404, is located in Tuscaloosa County.

6.      The Court has jurisdiction over this matter pursuant to Alabama Code § 12-11-30 because the amount in controversy exceeds $10,000.00 exclusive of interests and costs.

## Factual Allegations

7.      Jefferson Loft is the current owner of the Lofts at City Center located at 1335 10th Avenue East Tuscaloosa, Alabama 35404 ("the Lofts at City Center"). Jefferson Loft purchased the Lofts at City Center from the original owner, Tuscaloosa I, LLC in 2016 and have owned and operated it since.

8.      CEI is a commercial general contractor performing work in Alabama and across the country.

9.      Phoenix is a commercial subcontractor performing work in Alabama and across the country.

10.      In 2012, CEI entered a design-build construction contract with Tuscaloosa I, LLC to design and build the Lofts at City Center. Included in the scope of work for the design-build construction contract was the installation of a fiber cement panel cladding system on the exteriors of the Lofts at City Center.

11.      Sometime after entering the design-build contract with Tuscaloosa I, LLC, CEI entered into a subcontract with Phoenix wherein Phoenix contracted to install, or assist CEI in installing, the fiber cement panel cladding system on the exteriors of the Lofts at City Center.

9632095.6

12.     The Lofts at City Center were constructed in multiple phases.

13.     Phase I of the project obtained a Commercial Certificate of Occupancy from the City of Tuscaloosa on August 5, 2013.

14.     Phase II of the project obtained a Commercial Certificate of Occupancy from the City of Tuscaloosa on December 4, 2014.

15.     In late spring, early summer of 2020, Jefferson Loft discovered the fiber cement panel cladding system in a state of disrepair.

16.     Numerous fiber cement panels in the system exhibited visible cracks, bowing and buckling thereby exposing the cores of the panels, and other portions of the building to the elements and leading to other resulting damage to other portions of the buildings constructed by subcontractors other than Phoenix.

17.     Numerous fiber cement panel nail fasteners are loose or backing out of their panels.

18.     It has since become apparent that the nail fasteners were improperly spaced such that they failed to anchor the siding into studs, were installed using inconsistent and improper installation patterns, in contravention of industry and manufacturer standards and specifications, and in some instances, were overdriven into the fiber cement panels, thereby damaging them.

19.     These errors and other construction defects have caused other damage to other portions of the Lofts at City Center.

20.     Jefferson Loft will be forced to remove multiple exterior fiber cement panels to determine the full scope of damage to other portions of the Lofts at City Center, including the

3

underlying sheathing, weather barrier, and framing. Jefferson Loft also expects to need to remove and replace significant amounts of these other items to restore the structural integrity of the buildings and prevent continued and future damage.

21.     Jefferson Loft will be forced to replace multiple exterior fiber cement panels and paint the same in order to restore the fiber cement panel cladding system to its intended function and appearance.

22.     Jefferson Loft must remove multiple windows and the trim and casing surrounding each to determine the scope of other property damage and to repair and replace those damaged items to restore their function and integrity and prevent future damage.

23.     Jefferson Loft has been damaged by the improper installation of the fiber cement panel cladding system and the property damage resulting therefrom to other portions of the Lofts at City Center in the form of: decreased value of the Lofts at City Center in their current damaged condition; costs incurred, and to be incurred, to prepare for and repair the aforementioned damage and restore the exterior of the buildings to their original condition; costs incurred and to be incurred in hiring consultants, experts and counsel to assist in preparing a remedial strategy and recovering the costs thereof.

## COUNT I – BREACH OF CONTRACT
### (CEI)

24.     Jefferson Loft adopts and incorporates its allegations from the preceding paragraphs as though fully restated herein.

25.     CEI and Tuscaloosa I, LLC entered a design-build contract pursuant to which CEI agreed to design and build the Lofts at City Center for Tuscaloosa I, LLC in exchange for a price.

9632095.6

26.     Tuscaloosa I, LLC performed its contractual obligations under the design-build contract and paid CEI in full for work performed pursuant to that contract.

27.     Tuscaloosa I, LLC was the owner of the Lofts at City Center prior to, during, and immediately following construction and completion of the Lofts at City Center. In 2016, Jefferson Loft purchased the Lofts at City Center, along with all rights previously held by Tuscaloosa I, LLC, both contractually and at law.

28.     CEI breached its obligations under the contract by failing to properly install, or failing to ensure that its subcontractors properly installed, the fiber cement panel cladding system on the exterior of the Lofts at City Center.

29.     CEI's breach has caused Jefferson Loft to suffer damage, which will continue into the future until the aforementioned repairs are made.

30.     At the time CEI and Tuscaloosa I, LLC contracted, the damages Jefferson Loft has suffered were within the reasonable contemplation of the parties and were reasonably foreseeable in the event of improper installation of the exterior siding.

WHEREFORE, Jefferson Loft requests the Court enter an Order granting relief in the form of all monetary damages necessary to fully repair the damage to the fiber cement panel cladding system as well as all monetary damages necessary to fully repair all property damage resulting from the defects in construction and installation of the fiber cement panel cladding system.

## COUNT II – NEGLIGENCE
### (CEI and PHOENIX)

31.     Jefferson Loft adopts and incorporates its allegations from the preceding

paragraphs as though fully restated herein.

32.     Between 2012 and 2014, CEI and Phoenix performed construction work, including, but not limited to, installation of the fiber cement panel cladding system on the exteriors of the Lofts at City Center.

33.     CEI and Phoenix owed a duty to Tuscaloosa I, LLC, and in turn to Jefferson Loft, to perform the work in a good, workmanlike manner and with reasonable care such that the fiber cement panel cladding system was installed properly and without defect. CEI and Phoenix owed this duty not only to ensure both the functional and aesthetic integrity of the fiber cement panel cladding system but also the structural and aesthetic integrity of the other portions of the Lofts at City Center.

34.     CEI and Phoenix intended their work to benefit Tuscaloosa I, LLC, and in turn, Jefferson Loft, and were compensated for performing their work for the benefit of Tuscaloosa I, LLC and in turn, Jefferson Loft.

35.     It was at all times reasonably foreseeable that improper installation of the fiber cement panel cladding system could cause problems to the exteriors of the Lofts at City Center and/or cause property damage to other portions of the buildings.

36.     The damage to the fiber cement panel cladding system is directly attributable to the conduct, or lack thereof, of CEI and Phoenix.

37.     CEI and Phoenix breached the duty owed by, among other things:

9632095.6

    a.   Improperly spacing the nail fasteners when driving them into the fiber cement panels;

    b.   Improperly installing the nail fasteners too close or too far from the edges of the fiber cement panels such that the fasteners caused cracking in the panels;

    c.   Overdriving nail fasteners into the fiber cement panels thereby exposing the cores of the panels to the elements;

    d.   Failing to drive nail fasteners into the wood studs behind the fiber cement panels and instead driving them into gypsum board sheathing or plywood which failed to properly anchor the fiber cement panels to the buildings

38.    The aforementioned negligence in paragraph 36 proximately caused Jefferson Loft to suffer damage, including property damage to portions of the building that were not within Phoenix's scope of work.

WHEREFORE, Jefferson Loft requests the Court enter an Order granting relief in the form of all monetary damages necessary to fully repair the damage to the fiber cement panel cladding system as well as all monetary damages necessary to fully repair all property damage resulting from the defects in construction and installation of the fiber cement panel cladding system.

## COUNT III – NUISANCE PURSUANT TO ALA. CODE § 6-5-120

### (CEI and PHOENIX)

38.    Jefferson Loft adopts and incorporates its allegations from the preceding paragraphs as though fully restated herein.

39.    Between 2012 and 2014, CEI and Phoenix performed construction work, including, but not limited to, installation of the fiber cement panel cladding system on the exteriors of the Lofts at City Center.

7

40.     CEI and Phoenix owed a duty to Tuscaloosa I, LLC, and in turn to Jefferson Loft, to perform the work in a good, workmanlike manner and with reasonable care such that the fiber cement panel cladding system was installed properly and without defect. CEI and Phoenix owed this duty not only to ensure both the functional and aesthetic integrity of the fiber cement panel cladding system but also the structural and aesthetic integrity of the other portions of the Lofts at City Center.

41.     CEI and Phoenix breached the duty owed by, among other things:

a.  Improperly spacing the nail fasteners when driving them into the fiber cement panels;

b.  Improperly installing the nail fasteners too close or too far from the edges of the fiber cement panels such that the fasteners caused cracking in the panels;

c.  Overdriving nail fasteners into the fiber cement panels thereby exposing the cores of the panels to the elements and moisture absorption;

d.  Failing to drive nail fasteners into the wood studs behind the fiber cement panels and instead driving them into gypsum board sheathing or plywood which failed to properly anchor the fiber cement panels to the buildings.

42.     The aforementioned breaches in paragraph 41 proximately caused Jefferson Loft to suffer hurt, inconvenience and damage, including property damage to portions of the building that were not within Phoenix's scope of work.

43.     The damage suffered is of a kind what would affect an ordinary reasonable person. It is reasonable to expect fiber cement panels to be installed in a manner that does not lead to cracking, bowing, breaking or moisture absorption and resulting water damage in the fiber cement

panels. It is reasonable to expect fiber cement panels to be installed in a manner that does not lead to property damage to other portions of the building.

WHEREFORE, Jefferson Loft requests the Court enter an Order granting relief in the form of all monetary damages necessary to fully repair the damage to the fiber cement panel cladding system as well as all monetary damages necessary to fully repair all property damage resulting from the defects in construction and installation of the fiber cement panel cladding system.

Dated:  January 13, 2021.

/s/ *Joseph D Leavens*

Balch & Bingham LLP
Charles A. Burkhart
Joseph Leavens
1901 Sixth Ave North
Suite 1500
Birmingham, AL 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8739

*Attorney for Jefferson Loft LLC*

**OF COUNSEL:**
Charles A. Burkhart
Joseph D. Leavens
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

9632095.6

**Plaintiff requests service upon Defendant by certified mail restricted delivery, return receipt requested.**

<u>Defendant Address</u>

Construction Enterprises, Inc.
c/o Thomas S. Ford
196 Lime Quarry Rd, Ste 106
Madison AL 35758

Phoenix Framing, LLC
c/o CT Corporation System
2 North Jackson Street, Ste 605
Montgomery, AL 36104

10



AlaFile E-Notice

63-CV-2021-900028.00

To:  JOESPH DENNIS LEAVENS
     jleavens@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following alias summons was FILED on 1/27/2021 10:55:01 AM

Notice Date:     1/27/2021 10:55:01 AM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2021-900028.00

To:   CONSTRUCTION ENTERPRISES, INC. (PRO SE)
C/O THOMAS S. FORD
196 LIME QUARRY RD,STE106
MADISON, AL, 35758-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following alias summons was FILED on 1/27/2021 10:55:01 AM

Notice Date:     1/27/2021 10:55:01 AM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2021-900028.00

To:  PHOENIX FRAMING, LLC
     C/O MARK PHILLIPS, CEO
     3326 ASPENGROVE DR,ST 506
     FRANKLIN, TN, 37067

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following alias summons was FILED on 1/27/2021 10:55:01 AM

Notice Date:     1/27/2021 10:55:01 AM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2021-900028.00

To:  BURKHART CHARLES ALAN
     cburkhart@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following alias summons was FILED on 1/27/2021 10:55:01 AM

Notice Date:     1/27/2021 10:55:01 AM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2021-900028.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL

**NOTICE TO:** PHOENIX FRAMING, LLC, C/O MARK PHILLIPS, CEO 3326 ASPENGROVE DR,ST 506, FRANKLIN, TN 37067

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOESPH DENNIS LEAVENS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 306, BIRMINGHAM, AL 35201

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JEFFERSON LOFT, LLC

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 01/27/2021 | /s/ MAGARIA HAMNER BOBO | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ JOESPH DENNIS LEAVENS

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____

*(Date)*

_____        _____        _____

*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

_____

*(Server's Printed Name)*        *(Phone Number of Server)*

*Original*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2021-900028.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL**

**NOTICE TO:** PHOENIX FRAMING, LLC, C/O MARK PHILLIPS, CEO 3326 ASPENGROVE DR,ST 506, FRANKLIN, TN 37067

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOESPH DENNIS LEAVENS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 306, BIRMINGHAM, AL 35201

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL**
**PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JEFFERSON LOFT, LLC pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 01/27/2021 | /s/ MAGARIA HAMNER BOBO | By: *AEL* |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ JOESPH DENNIS LEAVENS

*(Plai...*

**RETURN C...**

☐ Return receipt of certified mail received in this office o...

☐ I certify that I personally delivered a copy of this Summ...

in ___

*(Name of Person Served)*

Alabama on ___

*(Date)*

_____   _____
*(Type of Process Server)*            *(Server's Signature)*

_____
*(Server's Printed Nar...*

**63-CV-2021...**
JEFFERSON LOFT, LLC V. CONSTR...

C001 - JEFFERSON LOFT, LLC            v.
*(Plaintiff)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $              Postmark
☐ Adult Signature Required          $                Here
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees   *13.60*
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

D002 - PHOENIX FRAMING, LLC
*(Defendant)*

**SERVICE RETURN COPY**



ELECTRONICALLY FILED
2/8/2021 12:15 PM
63-CV-2021-900028.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

AlaFile E-Notice

63-CV-2021-900028.00

To:   JOESPH DENNIS LEAVENS
      jleavens@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following complaint was FILED on 1/13/2021 11:27:37 AM

Notice Date:      1/13/2021 11:27:37 AM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

ELECTRONICALLY FILED
1/13/2021 11:27 AM
63-CV-2021-900028.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>63<br><br>Date of Filing:<br>01/13/2021 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### JEFFERSON LOFT, LLC v. CONSTRUCTION ENTERPRISES, INC. ET AL

**First Plaintiff:** ☑ Business   ☐ Individual      **First Defendant:** ☑ Business   ☐ Individual
☐ Government   ☐ Other      ☐ Government   ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING      A ☐ APPEAL FROM DISTRICT COURT      O ☐ OTHER

R ☐ REMANDED      T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO      **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**      ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

LEA019                1/13/2021 11:27:51 AM                /s/ JOESPH DENNIS LEAVENS
_____          _____          _____
                          Date                              Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**      ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO

DOCUMENT 18

ELECTRONICALLY FILED
1/13/2021 11:27 AM
63-CV-2021-900028.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

| | | |
|---|---|---|
| JEFFERSON LOFT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. CV 2020-_____ |
| CONSTRUCTION ENTERPRISES, INC. and | ) | |
| PHOENIX FRAMING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## **COMPLAINT**

Plaintiff Jefferson Loft LLC ("Jefferson Loft") submits this Complaint for damages against Defendants Construction Enterprises, Inc. ("CEI") and Phoenix Framing, LLC ("Phoenix"). In support of this Complaint, Jefferson Loft states:

### **Parties**

1.      Jefferson Loft is an Delaware limited liability company with its principal place of business at c/o Mapletree US Management LLC, 5 Bryant Park, 28th Floor, New York, New York 10018.

2.      CEI is a Tennessee corporation with its principal place of business at 2179 Edward Curd Lane, Suite 100 Franklin, Tennessee 37607.

3.      Phoenix Framing, LLC is a Tennessee corporation with its principal place of business at 3326 Aspen Grove Drive, Suite 506 Franklin, Tennessee 37067.

### **Jurisdiction and Venue**

4.    Venue is proper in the Circuit Court of Tuscaloosa County, pursuant to Alabama Code § 6-3-7(a) because the property at issue, 1335 10th Avenue East Tuscaloosa, Alabama 35404.

5.      Venue is proper in the Circuit Court of Tuscaloosa County, pursuant to Alabama Code § 6-3-7(a) because the property at issue, 1335 10th Avenue East Tuscaloosa, Alabama 35404, is located in Tuscaloosa County.

6.      The Court has jurisdiction over this matter pursuant to Alabama Code § 12-11-30 because the amount in controversy exceeds $10,000.00 exclusive of interests and costs.

## Factual Allegations

7.      Jefferson Loft is the current owner of the Lofts at City Center located at 1335 10th Avenue East Tuscaloosa, Alabama 35404 ("the Lofts at City Center"). Jefferson Loft purchased the Lofts at City Center from the original owner, Tuscaloosa I, LLC in 2016 and have owned and operated it since.

8.      CEI is a commercial general contractor performing work in Alabama and across the country.

9.      Phoenix is a commercial subcontractor performing work in Alabama and across the country.

10.      In 2012, CEI entered a design-build construction contract with Tuscaloosa I, LLC to design and build the Lofts at City Center. Included in the scope of work for the design-build construction contract was the installation of a fiber cement panel cladding system on the exteriors of the Lofts at City Center.

11.      Sometime after entering the design-build contract with Tuscaloosa I, LLC, CEI entered into a subcontract with Phoenix wherein Phoenix contracted to install, or assist CEI in installing, the fiber cement panel cladding system on the exteriors of the Lofts at City Center.

2

12.     The Lofts at City Center were constructed in multiple phases.

13.     Phase I of the project obtained a Commercial Certificate of Occupancy from the City of Tuscaloosa on August 5, 2013.

14.     Phase II of the project obtained a Commercial Certificate of Occupancy from the City of Tuscaloosa on December 4, 2014.

15.     In late spring, early summer of 2020, Jefferson Loft discovered the fiber cement panel cladding system in a state of disrepair.

16.     Numerous fiber cement panels in the system exhibited visible cracks, bowing and buckling thereby exposing the cores of the panels, and other portions of the building to the elements and leading to other resulting damage to other portions of the buildings constructed by subcontractors other than Phoenix.

17.     Numerous fiber cement panel nail fasteners are loose or backing out of their panels.

18.     It has since become apparent that the nail fasteners were improperly spaced such that they failed to anchor the siding into studs, were installed using inconsistent and improper installation patterns, in contravention of industry and manufacturer standards and specifications, and in some instances, were overdriven into the fiber cement panels, thereby damaging them.

19.     These errors and other construction defects have caused other damage to other portions of the Lofts at City Center.

20.     Jefferson Loft will be forced to remove multiple exterior fiber cement panels to determine the full scope of damage to other portions of the Lofts at City Center, including the

3

underlying sheathing, weather barrier, and framing. Jefferson Loft also expects to need to remove and replace significant amounts of these other items to restore the structural integrity of the buildings and prevent continued and future damage.

21.     Jefferson Loft will be forced to replace multiple exterior fiber cement panels and paint the same in order to restore the fiber cement panel cladding system to its intended function and appearance.

22.     Jefferson Loft must remove multiple windows and the trim and casing surrounding each to determine the scope of other property damage and to repair and replace those damaged items to restore their function and integrity and prevent future damage.

23.     Jefferson Loft has been damaged by the improper installation of the fiber cement panel cladding system and the property damage resulting therefrom to other portions of the Lofts at City Center in the form of: decreased value of the Lofts at City Center in their current damaged condition; costs incurred, and to be incurred, to prepare for and repair the aforementioned damage and restore the exterior of the buildings to their original condition; costs incurred and to be incurred in hiring consultants, experts and counsel to assist in preparing a remedial strategy and recovering the costs thereof.

## COUNT I – BREACH OF CONTRACT
### (CEI)

24.     Jefferson Loft adopts and incorporates its allegations from the preceding paragraphs as though fully restated herein.

25.     CEI and Tuscaloosa I, LLC entered a design-build contract pursuant to which CEI agreed to design and build the Lofts at City Center for Tuscaloosa I, LLC in exchange for a price.

26.     Tuscaloosa I, LLC performed its contractual obligations under the design-build contract and paid CEI in full for work performed pursuant to that contract.

27.     Tuscaloosa I, LLC was the owner of the Lofts at City Center prior to, during, and immediately following construction and completion of the Lofts at City Center. In 2016, Jefferson Loft purchased the Lofts at City Center, along with all rights previously held by Tuscaloosa I, LLC, both contractually and at law.

28.     CEI breached its obligations under the contract by failing to properly install, or failing to ensure that its subcontractors properly installed, the fiber cement panel cladding system on the exterior of the Lofts at City Center.

29.     CEI's breach has caused Jefferson Loft to suffer damage, which will continue into the future until the aforementioned repairs are made.

30.     At the time CEI and Tuscaloosa I, LLC contracted, the damages Jefferson Loft has suffered were within the reasonable contemplation of the parties and were reasonably foreseeable in the event of improper installation of the exterior siding.

WHEREFORE, Jefferson Loft requests the Court enter an Order granting relief in the form of all monetary damages necessary to fully repair the damage to the fiber cement panel cladding system as well as all monetary damages necessary to fully repair all property damage resulting from the defects in construction and installation of the fiber cement panel cladding system.

## COUNT II – NEGLIGENCE
### (CEI and PHOENIX)

31.     Jefferson Loft adopts and incorporates its allegations from the preceding

paragraphs as though fully restated herein.

32.    Between 2012 and 2014, CEI and Phoenix performed construction work, including, but not limited to, installation of the fiber cement panel cladding system on the exteriors of the Lofts at City Center.

33.    CEI and Phoenix owed a duty to Tuscaloosa I, LLC, and in turn to Jefferson Loft, to perform the work in a good, workmanlike manner and with reasonable care such that the fiber cement panel cladding system was installed properly and without defect. CEI and Phoenix owed this duty not only to ensure both the functional and aesthetic integrity of the fiber cement panel cladding system but also the structural and aesthetic integrity of the other portions of the Lofts at City Center.

34.    CEI and Phoenix intended their work to benefit Tuscaloosa I, LLC, and in turn, Jefferson Loft, and were compensated for performing their work for the benefit of Tuscaloosa I, LLC and in turn, Jefferson Loft.

35.    It was at all times reasonably foreseeable that improper installation of the fiber cement panel cladding system could cause problems to the exteriors of the Lofts at City Center and/or cause property damage to other portions of the buildings.

36.    The damage to the fiber cement panel cladding system is directly attributable to the conduct, or lack thereof, of CEI and Phoenix.

37.    CEI and Phoenix breached the duty owed by, among other things:

a. Improperly spacing the nail fasteners when driving them into the fiber cement panels;

b. Improperly installing the nail fasteners too close or too far from the edges of the fiber cement panels such that the fasteners caused cracking in the panels;

c. Overdriving nail fasteners into the fiber cement panels thereby exposing the cores of the panels to the elements;

d. Failing to drive nail fasteners into the wood studs behind the fiber cement panels and instead driving them into gypsum board sheathing or plywood which failed to properly anchor the fiber cement panels to the buildings

38.     The aforementioned negligence in paragraph 36 proximately caused Jefferson Loft to suffer damage, including property damage to portions of the building that were not within Phoenix's scope of work.

WHEREFORE, Jefferson Loft requests the Court enter an Order granting relief in the form of all monetary damages necessary to fully repair the damage to the fiber cement panel cladding system as well as all monetary damages necessary to fully repair all property damage resulting from the defects in construction and installation of the fiber cement panel cladding system.

## COUNT III – NUISANCE PURSUANT TO ALA. CODE § 6-5-120

### (CEI and PHOENIX)

38.     Jefferson Loft adopts and incorporates its allegations from the preceding paragraphs as though fully restated herein.

39.     Between 2012 and 2014, CEI and Phoenix performed construction work, including, but not limited to, installation of the fiber cement panel cladding system on the exteriors of the Lofts at City Center.

7

40.     CEI and Phoenix owed a duty to Tuscaloosa I, LLC, and in turn to Jefferson Loft, to perform the work in a good, workmanlike manner and with reasonable care such that the fiber cement panel cladding system was installed properly and without defect. CEI and Phoenix owed this duty not only to ensure both the functional and aesthetic integrity of the fiber cement panel cladding system but also the structural and aesthetic integrity of the other portions of the Lofts at City Center.

41.     CEI and Phoenix breached the duty owed by, among other things:

a. Improperly spacing the nail fasteners when driving them into the fiber cement panels;

b. Improperly installing the nail fasteners too close or too far from the edges of the fiber cement panels such that the fasteners caused cracking in the panels;

c. Overdriving nail fasteners into the fiber cement panels thereby exposing the cores of the panels to the elements and moisture absorption;

d. Failing to drive nail fasteners into the wood studs behind the fiber cement panels and instead driving them into gypsum board sheathing or plywood which failed to properly anchor the fiber cement panels to the buildings.

42.     The aforementioned breaches in paragraph 41 proximately caused Jefferson Loft to suffer hurt, inconvenience and damage, including property damage to portions of the building that were not within Phoenix's scope of work.

43.     The damage suffered is of a kind what would affect an ordinary reasonable person. It is reasonable to expect fiber cement panels to be installed in a manner that does not lead to cracking, bowing, breaking or moisture absorption and resulting water damage in the fiber cement

8

panels. It is reasonable to expect fiber cement panels to be installed in a manner that does not lead to property damage to other portions of the building.

WHEREFORE, Jefferson Loft requests the Court enter an Order granting relief in the form of all monetary damages necessary to fully repair the damage to the fiber cement panel cladding system as well as all monetary damages necessary to fully repair all property damage resulting from the defects in construction and installation of the fiber cement panel cladding system.

Dated:  January 13, 2021.

/s/ *Joseph D Leavens*

Balch & Bingham LLP
Charles A. Burkhart
Joseph Leavens
1901 Sixth Ave North
Suite 1500
Birmingham, AL 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8739

*Attorney for Jefferson Loft LLC*

**OF COUNSEL:**
Charles A. Burkhart
Joseph D. Leavens
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

9

DOCUMENT 28

**Plaintiff requests service upon Defendant by certified mail restricted delivery, return receipt requested.**

<u>Defendant Address</u>

Construction Enterprises, Inc.
c/o Thomas S. Ford
196 Lime Quarry Rd, Ste 106
Madison AL 35758

Phoenix Framing, LLC
c/o CT Corporation System
2 North Jackson Street, Ste 605
Montgomery, AL 36104

10

9632095.6



AlaFile E-Notice

63-CV-2021-900028.00

To:  JOESPH DENNIS LEAVENS
     jleavens@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following alias summons was FILED on 2/8/2021 12:15:39 PM

Notice Date:     2/8/2021 12:15:39 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2021-900028.00

To: PHOENIX FRAMING, LLC (PRO SE)
C/O MARK PHILLIPS, CEO
3326 ASPENGROVE DR,ST 506
FRANKLIN, TN, 37067-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following alias summons was FILED on 2/8/2021 12:15:39 PM

Notice Date:     2/8/2021 12:15:39 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2021-900028.00

To:   CONSTRUCTION ENTERPRISES, INC.
C/O CT CORPORATION
2 N. JACKSON ST, STE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following alias summons was FILED on 2/8/2021 12:15:39 PM

Notice Date:      2/8/2021 12:15:39 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2021-900028.00

To:  BURKHART CHARLES ALAN
cburkhart@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following alias summons was FILED on 2/8/2021 12:15:39 PM

Notice Date:      2/8/2021 12:15:39 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2021-900028.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL**

**NOTICE TO:** CONSTRUCTION ENTERPRISES, INC., C/O CT CORPORATION 2 N. JACKSON ST, STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOESPH DENNIS LEAVENS
,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 306, BIRMINGHAM, AL 35201
.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JEFFERSON LOFT, LLC
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

| 02/08/2021 | /s/ MAGARIA HAMNER BOBO | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ JOESPH DENNIS LEAVENS
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____.
*(Date)*

_____          _____          _____
*(Type of Process Server)*     *(Server's Signature)*          *(Address of Server)*

_____          _____
*(Server's Printed Name)*     *(Phone Number of Server)*

**SENDER: *COMPLETE THIS SECTION***

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Phoenix framing, LLC
c/o Mark Phillips, ceo
3326 Aspengrove Dr, St.506
franklin TN 37067

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 6140 0209 0323 28

2. Article Number *(Transfer from service label)*

7019 2970 0001 9844 2379

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                        ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

01/29

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☑ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ ...ail Restricted Delivery (0)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Rec...

## USPS TRACKING #



9590 9402 6140 0209 0323 28

**United States**
**Postal Service**

2021 FEB -4  PM 3: 02

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

MAGARIA H. BOBO

714 GREENSBORO AVE., RM. 214

TUSCALOOSA  35401

DOCUMENT 21

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2021-900028.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL**

**NOTICE TO:** CONSTRUCTION ENTERPRISES, INC., C/O CT CORPORATION 2 N. JACKSON ST, STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOESPH DENNIS LEAVENS

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 306, BIRMINGHAM, AL 35201

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JEFFERSON LOFT, LLC
pursuant to the Alabama Rules of the Civil Procedure. *(Name(s))*

| 02/08/2021 | /s/ MAGARIA HAMNER BOBO | By: *AEL* |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ JOESPH DENNIS LEAVENS

*(Pl...)*

**RETURN (...)**

☐ Return receipt of certified mail received in this office (...)

☐ I certify that I personally delivered a copy of this Sum(...)
_____ in (...)

*(Name of Person Served)*

Alabama on _____
*(Date)*

_____
*(Type of Process Server)*    *(Server's Signature)*

_____
*(Server's Printed Na...)*

**63-CV-202(...)**
JEFFERSON LOFT, LLC V. CONSTI(...)

C001 - JEFFERSON LOFT, LLC
*(Plaintiff)*

D001 - CONSTRUCTION ENTERPRISES, INC.
*(Defendant)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com™.

**OFFICIAL USE**

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt *(hardcopy)* $_____
☐ Return Receipt *(electronic)* $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required $_____
☐ Adult Signature Restricted Delivery $_____
Postage
$
Total Postage and Fees   13.60
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SERVICE RETURN COPY**

43- W- 2021- 900628

Summons

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Construction Enterprises, INC
C/o CT Corporation
2 N. Jackson St. Ste 605
Montgomery AL 36104



9590 9402 6140 0209 0312 77

2. Article Number (Transfer from service label)

7019 2970 0001 9844 3024

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X  Jennifer Lockwood    ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

                                    FEB 1 2 2021

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

7021 FEB 18 PM 12 58

CIRCUIT COURT
TUSCALOOSA COUNTY AL.

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 6140 0209 0312 77

**First-Class Mail**
**Postage & Fees Paid**
**USPS**
**Permit No. G-10**

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

MAGARIA H. BOBO

714 GREENSBORO AVE., RM. 214

TUSCALOOSA 35401

DOCUMENT 23



**AlaFile E-Notice**

63-CV-2021-900028.00

Judge: M. BRADLEY ALMOND

To:  LEAVENS JOSEPH DENNIS
jleavens@balch.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following matter was served on 2/12/2021

D001 CONSTRUCTION ENTERPRISES, INC.
Corresponding To
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



**AlaFile E-Notice**

63-CV-2021-900028.00

Judge: M. BRADLEY ALMOND

To: BURKHART CHARLES ALAN
cburkhart@balch.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

JEFFERSON LOFT, LLC V. CONSTRUCTION ENTERPRISES, INC. ET AL
63-CV-2021-900028.00

The following matter was served on 2/12/2021

D001 CONSTRUCTION ENTERPRISES, INC.
Corresponding To
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov