# Exhibit “8”



MARTIN/MARTIN
CONSULTING ENGINEERS

July 30, 2020

Jim Scheibe
Mapletree USA Management, LLC
180 Peachtree Street Northwest, Suite 610
Atlanta, Georgia 30303

Re: 1335 10th Avenue East, Tuscaloosa, Alabama
Martin/Martin, Inc. Project No.: 20.0671.S.01

Mr. Scheibe:

This report summarizes the results of our investigation of the buildings located at the Jefferson Lofts housing complex, located at 1335 10th Avenue East in Tuscaloosa, Alabama. The purpose of our investigation was to evaluate the connections to structure for the fiber cement panel cladding system. This report will provide documentation of our observations and provide general recommendations for repair, maintenance, or restoration work, as necessary. Opinions expressed in this report are made to a reasonable degree of engineering probability based on the information provided.

## BACKGROUND

The three buildings at the Jefferson Lofts Student Housing Complex are five stories in height with a fiber cement panel cladding system that incorporates extruded metal reveal profiles at the vertical and horizontal panel joints. The buildings were built in two phases and completed in 2013 and 2014. It was recently brought to the attention of Mapletree USA Management, LLC that the fasteners for the fiber cement panel cladding system have been backing out from their attachment points and in some cases falling to the ground. Martin/Martin, Inc. has been retained to investigate this issue by means of visual observations and destructive testing in order to evaluate the installation methods of the existing fiber cement panels and determine potential causes for the failing panel fasteners.

## DOCUMENTS REVIEWED

The original construction drawings and project specifications were available for brief review on site. We did not perform a full review of the documents during the site observation.

We reviewed the following documents during our assessment:

- Architectural Drawings titled "Wood square Apartments," Addendum 2, issued by Humphreys & Partners Architects, L.P., dated August 16, 2012.

MARTIN/MARTIN, INC.
12499 West Colfax Avenue
Lakewood, Colorado 80215
303.431.6100
martinmartin.com

Avon, CO Fort Collins, CO Bay Area, CA Northwest Arkansas Albuquerque, NM Cheyenne, WY
mmwyo.com

## OBSERVATIONS

Martin/Martin, Inc. visited the property on July 12, 2020, to conduct general, visual observations of the buildings and to perform destructive testing. Destructive testing consisted of removal of a section of fiber cement panel cladding in order to determine their attachment method to the structure and removal of portions of gypsum ceiling board in order to observe the condition of select wood trusses. Panel removal was performed by Mapletree USA Management, LLC. We did not observe the repair of the opening. The following sections summarize our on-site observations:

**Visual Observations**

Prior to conducting destructive testing, we observed multiple forms of deterioration evident on the fiber cement panel cladding system, including the following deficiencies:

- Loose nail fasteners protruding from the panels were observed at many locations (Photo 1 and Photo 2). In a few locations the fasteners could be pulled out by hand or with pliers with only a small amount of resistance (Photo 3 and Photo 4).

- Overdriven nail fasteners were observed at multiple locations. The overdrive fasteners typically occurred where an additional fastener had been installed immediately adjacent to the overdriven fastener, indicating that the original fastener did not adequately secure the panel to a framing stud (Photo 5). In addition to inadequate connection, overdriven fasteners expose small portions of a panel's core material which can absorb moisture and lead to deterioration.

- Loose fiber cement panels occur at numerous locations (Photo 6). The loose panels are an indication of inadequate anchorage and pose a potential to fall from the building.

- Cracks are evident on many of the fiber cement panels throughout the complex and were observed to typically originate from the edges of the panels. The cracks were generally hairline in width, and at some locations, moisture absorption was evident (Photo 7 and Photo 8).

- Inconsistent fastening patterns and lack of fasteners where they should be installed were observed at many locations (Photo 9 and Photo 10). The observed fastening does not meet published industry standards or manufacturer requirements which indicate nail spacing is to be 6" along the perimeter and 12" in the field of the panel for large cementitious siding panels. Reduced capacity is associated with the larger nail spacing and can lead to nail pull out or loose panels, which were noted at several locations.

- Additional fasteners that appear to have been installed after original construction, based on their unpainted condition, were observed in the majority of the panels (Photo 11).

- Fasteners were installed too close to edges and corners and many locations causing the panels to crack and fracture (Photo 12 and Photo 13).

- Down spouts are not installed at roof scupper locations allowing water to run down the face of the walls saturating the walls. This condition could lead to saturation of the Cementitious panels, WRB and sheathing if not properly addressed.

**Destructive Testing Observations**

The following is a summary of our observations during the destructive testing:

- The fiber cement panels are 5/16" thick and they are generally installed tight to the sheathing (Photo 14).

- Wood or metal furring strips, required by some manufacturers, are not installed over the weather resistive barrier (WRB) and exterior sheathing to receive the fasteners for the fiber cement panels. Instead, peel and stick flashing was installed behind each of the vertical reveal strips (Photo 15).

- The fiber cement panels are attached to the building structure with 2-1/4"-long nail fasteners with 1/4"-diameter flat heads with perimeter spacing at 4" to 16" on center (Photo 16 and Photo 17). The noted nail spacing does not meet the requirements outlined by panel manufacturers for spacing. We were not able to verify the manufacturer of the panels installed at this complex and fastener type can vary by manufacturer; therefore, the type of panel used should be verified by the Contactor or Design Team.

- We were able to determine several locations where the panel fasteners are not secured to the stud framing (Photo 18 and Photo 19). This was achieved by identifying staggers in the overall nailing patterns and locations where the panels were not secured tight to the sheathing.

- Numerous panels around the perimeter of the buildings were cracked and bowing (Photo 20 and Photo 21). The cracking was present around the perimeter of the panels and did not continually align with anchors. However, panel anchorage was inconsistent, as noted above, and the reduced amount of anchors could allow for increased deflection of panels. Additionally, manufacturing issues could create conditions where long-term shrinkage is contributing to the noted panels damage. The noted damage is an indication that the panels are brittle and nearing the end of their useful life.

## DISCUSSION and CONCLUSIONS

**Fiber Cement Panel Cladding System**

As previously discussed, the architectural drawings indicated that the James Hardie REVEAL Panel System was to be used on this project. Martin/Martin, Inc. did not have access to the original project specifications or product submittals to verify this. However, based upon the architectural drawings, our observations, and our experience, it appears that the cladding system installed on the buildings' facades may not be the REVEAL System. While there are various other manufacturers of fiber cement panels and reveal extrusions available in the marketplace, the installation methods are similar across most product lines. However, the fastener types may differ depending on the manufacturer.

Martin/Martin, Inc. has reviewed the installation instructions and fastening requirements for the James Hardie REVEAL Panel System and the CertainTeed panel system; according to the information provided within these documents, the fiber cement panels do not meet the requirements outlined by the manufacturer for either system.

The five primary deficiencies, if the system is a James Hardie Reveal system, are as follows:

**James Hardie REVEAL System**

1. Nail fasteners have been used throughout the fiber cement panel cladding installation in lieu of screw fasteners required by the manufacturer. James Hardie REVEAL Fasteners are specified by the manufacturer to be #10 – 12 T20 Pan Head screws for exposed fastener installations. Other countersunk screws are also permitted.

2. Panel fastener spacing was irregular and over the specified 6" on center spacing at edge locations and the 12" intermediate spacing throughout the complex. Due to the large nail spacing, load at each nail increases which can lead to pull out, panel warping, and cracking or potential failure of the panels.

3. Nails were installed within 2" of corner locations which does not meet the manufacturer's requirements. This can lead to cracking and breaking of the panels which was observed at numerous locations.

4. Furring strips were not installed at the required spacings or around openings. A 3/4"-thick wood furring strip is required between the exterior sheathing and fiber cement panels. The James Hardie REVEAL Panel System is a rain-screen cladding system, which depends on an air space being created between the WRB and the cladding. Furring strips are required to be placed at the wall stud spacing of either 16" on center or 24" on center. Lack of proper furring also contributes to the cracks observed on the panels due to repeated deflection caused by fluctuations between negative and positive wind pressures experienced by the panels. Since furring strips are not installed between the exterior sheathing and the panels, larger and more frequent deflections are experienced than if the furring strips were in place to provide the necessary structural support and limit the deflection of the panels.

5. Panel fasteners are missing the framing studs resulting in the observed protruding nails and loose panels. The observed cracks occurring on the panels are likely the result of additional stress being applied to the fiber cement material due to these loose fasteners. Any fasteners that are secured to framing studs are forced to carry additional gravity and wind loads, leading to increased deflection and stress, resulting in cracks.

The four primary deficiencies, if the system is a CertainTeed Fiber Cement Panel system, are as follows:

**CertainTeed Fiber Cement Panels**

1. Panel fastener spacing was irregular and over the specified 6" on center spacing at edge locations and the 12" intermediate spacing throughout the complex. Nails did meet the length (2") and gauge (6d) specified the in the manufacturer's literature. Due to the large nail spacing, load at each nail increases which can lead to pull out, panel warping, and cracking or potential failure of the panels.

2. Nails were installed within 2" of corner locations which does not meet the manufacturer's requirements. This can lead to cracking and breaking of the panels which was observed at numerous locations.

3. Panel fasteners are missing the framing studs resulting in the observed protruding nails and loose panels. The observed cracks occurring on the panels are likely the result of additional stress being applied to the fiber cement material due to these loose fasteners. Any fasteners that are secured to framing studs are forced to carry additional gravity and wind loads, leading to increased deflection and stress, resulting in cracks.

4. Panel fasteners are overdriven at several locations reducing capacity and allowing panel deflection or movement.

The deficiencies listed above can allow for panels to shift and loosen overtime. This movement can create open gaps or cracks in the surface allowing water to infiltrate behind the system which can lead to potential water absorption into the panels, increasing their weight, causing warping and bowing of the panels. Eventually, the ongoing movement and deterioration can loosen the cementitious panel connection from the building, creating a fall hazard.

In addition to panel damage, the water that penetrates behind the panels can become trapped without the drainage plain created by the furring strips leading to water infiltration through the weather barrier and into the wall sheathing. We did not observe any indication this has occurred during our investigation and no known leaks were mentioned by property representatives.

## RECOMMENDATIONS

**Fiber Cement Panel Cladding System**

Based on our observations and testing, it is our opinion that the panels are susceptible to potential loosening and failure. Based on this condition, we recommend the following be performed immediately:

- Perform an assessment of the entire façade to determine locations of loose or failed conditions.
- Block off pedestrian access to locations below loose or affected panels.
- Stabilize loose panels with additional fasteners or remove loose panels.

Once panels conditions have been stabilized, we recommend that the following long-term repairs be implemented to securely fasten the fiber cement panels to the structure and improve the overall performance of the cladding system.

- Remove all fiber cement panels, reveal extrusions, trim pieces, and related flashings.
- Inspect the WRB and exposed wall sheathing for locations of damage and deterioration to the barrier, sheathing or structural framing.
  - Damage to the sheathing or WRB should be repaired. A new weather barrier may be required to address damage to the system or large-scale water intrusion concerns.
  - Evaluate all exterior windows and doors to verify if they can remain in place and receive new flashings around their frames and against the sheathing. It might be necessary to remove some or all of the existing windows and doors, then store and protect for future reinstallation.
- Install new fiber cement panel cladding system with reveals, furring strips, and screw fasteners to meet the manufacturer requirements. Care must be taken to set screw guns to a recommended torque setting to avoid crushing the panel. Confirm with manufacturer's representative on site and supplied with shop drawings of the fiber cement panel cladding system that the correct trim profiles, assemblies, and flashings are as specified and are in their intended locations and functions.

- Install open faced down spouts to direct water away from the walls.

## LIMITATIONS

The opinions expressed in this report are based on the information available at the time of this report. We reserve the right to modify this report as additional information becomes available. The recommended repairs offered above are based on the conditions of structural elements, architectural elements, and waterproofing materials that were readily observable at the time of this report. Martin/Martin, Inc. does not accept responsibility for structural or material deficiencies not evident during an evaluation of this type. The recommendations and/or opinions contained in this report are to be used to aid in establishing future repairs.

We appreciate this opportunity to be of service. Please call if you have any questions regarding this report or if I may be of further assistance.

ALABAMA LICENSED No. 27326 PROFESSIONAL 7/30/2020 ENGINEER KEVIN SAMUEL DUNHAM

Kevin Dunham, PE
Principal, Investigative Engineering

Attachments: Related Photographs

G:\PROJECTS\20.0671.S.01-Jefferson Lofts, 1335 10th Ave East, Tuscaloosa, Alabama\Word Processing\Draft Reports\20_0671S01_Jul_30_2020_R0_Rpt.docx

1335 10th Avenue East, Tuscaloosa, Alabama
July 30, 2020

## RELATED PHOTOGRAPHS

*Photo 1*

*Photo 2*

Page 7 | 17

1335 10th Avenue East, Tuscaloosa, Alabama
July 30, 2020

2020/07/08

*Photo 3*

2020/07/08

*Photo 4*

P a g e 8 | 17

1335 10th Avenue East, Tuscaloosa, Alabama
July 30, 2020

2020/07/08

*Photo 5*

2020/07/08

*Photo 6*

P a g e 9 | 17





*Photo 7*



*Photo 8*

1335 10th Avenue East, Tuscaloosa, Alabama
July 30, 2020

2020/07/08

*Photo 9*

2020/07/08

*Photo 10*

Page 11 | 17

1335 10th Avenue East, Tuscaloosa, Alabama
July 30, 2020

2020/07/08

*Photo 11*

2020/07/08

*Photo 12*

P a g e 12 | 17

1335 10th Avenue East, Tuscaloosa, Alabama
July 30, 2020

2
3
4
5
6
7
8
2020/07/08

*Photo 13*

ASTM E-2112
2020/07/08

*Photo 14*

P a g e 13 | 17

1335 10th Avenue East, Tuscaloosa, Alabama
July 30, 2020

1027
This product carrie
limited warranty
(see website for de
FORTIFLASH
2020/07/08

*Photo 15*

2020/07/08

*Photo 16*

P a g e 14 | 17

1335 10th Avenue East, Tuscaloosa, Alabama
July 30, 2020

2020/07/08

*Photo 17*

2020/07/08

*Photo 18*

Page 15 | 17

1335 10th Avenue East, Tuscaloosa, Alabama
July 30, 2020

2020/07/08

*Photo 19*

2020/07/08

*Photo 20*

P a g e 16 | 17

1335 10th Avenue East, Tuscaloosa, Alabama
July 30, 2020

2020/07/08

*Photo 21*

Page 17 | 17