# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON LOFT, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 7:21-cv-00389-LSC |
| | ) | |
| CONSTRUCTION ENTERPRISES, INC.; | ) | |
| PHOENIX FRAMING, LLC; | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| PHOENIX FRAMING, LLC, | ) | |
| | ) | |
| Crossclaim Defendant | ) | |
| | ) | |
| v. | ) | |
| WD GENERAL SERVICES, INC.; | ) | |
| PABLO DELGADO; ALEXIS PALMA; | ) | |
| LEO DAN LOPEZ QUINTANILLA; | ) | |
| JOSE DIAZ; | ) | |
| | ) | |
| Third Party Defendants. | ) | |

## DEFENDANT PHOENIX FRAMING'S RESPONSE TO PLAINTIFF'S MOTION TO ORDER PHYSICAL ATTENDANCE AT MEDIATION

COMES NOW, Defendant Phoenix Framing, LLC ("Defendant" and/or "Phoenix"), and hereby submits its Response to Plaintiff's Motion to Order Physical Attendance at Mediation. Pursuant to Rule 10 (c) of the Federal Rules of Civil Procedure Phoenix adopts and incorporates paragraphs 1, 2, 3, 4, 7, 8, Defendant

Construction Enterprises, Inc.'s Response to Plaintiff's Motion to Order Physical Attendance at Mediation [Doc. 75]. In further response to Plaintiff's Motion (Doc. 71), Phoenix states as follows:

1. Phoenix is a named party in this litigation and has acted diligently in responding to and agreeing to participate in mediation in this case. To the extent that Jefferson Lofts states or infers otherwise is disingenuous.

2. Years before this action was filed, Phoenix was administratively dissolved by the Division of Business Services Department of State for the State of Tennessee on August 6, 2017. Phoenix's insurer at the time of its administrative dissolution Selective Insurance Company has and continues to afford Phoenix of defense of this action under a reservation of rights to later disclaim coverage.

3. Despite this reservation of rights and the coverage issues that abound, Selective and Phoenix have agreed to attend and participate in mediation, in person, on May 22, 2023.

4. Currently, the parties have agreed and have retained Marty Van Tassel with the firm of Upchurch, Watson, White & Max, located at 2000 A Southbridge Parkway, Suite 400, Birmingham, Alabama to serve as the mediator. The undersigned counsel has confirmed that Van Tassel is available and that seven conference rooms have been reserved at his offices in Birmingham to conduct the

scheduled mediation on May 22, 2023. Both plaintiff and defendants' attorneys' offices are located in Birmingham less than 20 minutes from Van Tassel's office.

5. All parties and insurers will be traveling to or through Birmingham to attend the mediation.

6. Requiring the parties to incur the additional mediator's fees for Van Tassel to travel to Tuscaloosa and additional fees and costs for counsel and all parties and their respective insurers to travel to Tuscaloosa is unnecessary. Van Tassel's office is uniquely designed and staffed for the purpose of promoting efficient and effective mediations.

7. Finally, Selective has already agreed, without a court order, to participate in pre-mediation discussions with CEI's insurers on May 5, 2023, there is no factual or legal basis to seek a court order to require defendants and / or their insurers to confer before the May 22, 2023 mediation.

Wherefore, premises considered, Phoenix requests this Court deny Jefferson Lofts' Motion (Doc. 71) as the relief for in person mediation is moot and the relief as to requiring that the location of the mediation be in Tuscaloosa is without merit.

Respectfully submitted,

SIMPSON, McMAHAN,
GLICK & BURFORD, PLLC

**_/s/ Howard K. Glick_**
Howard K. Glick {GLI003}
Harrison C. Wagner {WAG007}
*Attorneys for Phoenix Framing, LLC*

OF COUNSEL:
SMGB LAW
100 Concourse Parkway
Suite 310 West Tower
Hoover, AL  35244
Phone:      205.876.1600
Facsimile   205.876.1616
Email:      hkglick@smgblawyers.com
            hcwagner@smgblawyers.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2023, a true and correct copy of the foregoing has been furnished either through the Court's electronic filing system or by U.S. Mail, postage prepaid, upon the following parties and other relevant individuals:

Charles A. Burkhart
Joseph D. Leavens
Conrad Anderson
Balch & Bingham, LLP
Post Office Box 306
Birmingham, AL 35201
205-251-8100
*Attorneys for Plaintiff Jefferson Loft, LLC*

E. Britton Monroe
Brian M. McClendon
Mitchell K. Brisbon
Lloyd, Gray, Whitehead & Monroe, P.C.
800 Montclair Road, Suite 100
Birmingham, AL 35213
205-967-8822
*Attorneys for Defendant Construction Enterprises, Inc.*

                                                *s/ Howard K. Glick*
                                                OF COUNSEL