# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JEFFERSON LOFT, LLC, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| CONSTRUCTION ENTERPRISES, INC., et al., | ) Case No.: 7:21-cv-00389-LSC ) ) ) |
| Defendants. | ) ) |

## RESPONSE TO MOTION TO COMPEL PHYSICAL ATTENDANCE

Defendant and Third-Party Plaintiff Construction Enterprises, Inc. ("CEI"), through its separately retained counsel, submits its Response to Plaintiff Jefferson Loft's ("Jefferson Loft") Motion to Order Physical Attendance at Mediation (the "Motion") (Doc. 71) and shows the Court as follows:

1. The Plaintiff Jefferson Loft has filed the instant motion requesting that the Court order the parties to conduct mediation in person at the Federal Courthouse in Tuscaloosa, Alabama.

2. CEI has previously advised counsel for Jefferson Loft that it will attend mediation in person on May 22, 2023.

3. For this mediation to be successful, it will be necessary for CEI's insurance carriers to participate meaningfully in settlement discussions.

4. Jefferson Loft's Motion references a November 2022 mediation in a separate lawsuit involving similar claims raised in this case (collectively, the "Panel Litigation").

5. Following the referenced November 2002 mediation, CEI retained the undersigned counsel.

6. As noted in the Motion, CEI recently filed suit in the United States District Court for the Middle District of Tennessee against its primary and excess insurance carriers regarding the Panel Litigation (the "Tennessee Action").

7. The Tennessee Action contains causes of action for declaratory judgment as to CEI's primary and excess carriers and breach of the duty to negotiate settlement in good faith and statutory bad faith under Colorado law as to Allied World Assurance Company.

8. CEI does not oppose entry of the draft order attached to the Motion and requests that the Court order the participation of CEI's insurance carriers if the Court determines that doing so will aid in the likelihood of success at the mediation.

Dated this the 27th day of April 2023.

Respectfully submitted,

/s/ Alexander G. Thrasher
Alexander G. Thrasher (THR020)
*One of the Attorneys for*
*Construction Enterprises, Inc.*

**OF COUNSEL:**
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8891
Facsimile: (205) 521-6891
Email: athrasher@bradley.com

Heather Howell Wright (*pro hac vice*)
Bradley Arant Boult Cummings LLP
Roundabout Plaza
1600 Division Street
Suite 700

Nashville, TN 37203
Telephone: (615) 244-2582
Facsimile: (615) 252-6380
hwright@bradley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

E. Britton Monroe
Brian McClendon
Allyson R. Mancuso
Mitchell Kevin Brisbon
Lloyd Gray Whitehead & Monroe, P.C.
880 Montclair Road, Suite 100
Birmingham, AL  35213

Howard K. Glick
Simpson McMahan Glick & Burford PLLC
2700 Highway 280, Suite 230W
Birmingham, AL  35223

Charles A. Burkhart
Joseph D. Leavens
Lewis Conrad Anderson, IV
Michael Paul Taunton
BALCH & BINGHAM LLP
P.O. Box 306
Birmingham, AL  35201-0306

/s/ *Alexander G. Thrasher*
Of Counsel